# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DORIAN RODRIGUEZ,<br><br>Defendant. | No. 2:18-cr-00655-JAK-1<br><br>**ORDER RE MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(C)(1)(A) (DKT. 58)** |

1

On April 23, 2026, Defendant James Dorian Rodriguez ("Defendant") filed a Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). Dkt. 58 ("Motion"). The Government was ordered to file any opposition or notice of non-opposition to the Motion on or before May 25, 2026. Dkt. 61. No oppposition or notice of non-opposition has been filed. Notwithstanding these circumstances, the Government is provided with a final opportunity to state its position on the Motion. Accordingly, on or before June 18, 2026, the Government shall file any opposition or notice of non-opposition to the Motion. If no opposition is filed by that deadline, the Motion will be deemed unopposed. *See* Local Rule 7-12. If the Government files an opposition, Defendant may file any reply in support of the Motion on or before June 26, 2026. Based on a review of the briefing, a determination will be made as to whether the Motion will be scheduled for a hearing, or if it will be taken under submission pursuant to Local Rule 7-15.

**IT IS SO ORDERED.**

Dated:  May 28, 2026

_____

John A. Kronstadt

United States District Judge

cc: U.S. Attorney's Office

2